# *Exhibit A*

**THE STATE SCHOOL AID ACT OF 1979 (EXCERPT)**
**Act 94 of 1979**

**388.1631aa Per-pupil mental health and student safety payments to districts, intermediate districts, nonpublic schools, and the Michigan Schools for the Deaf and Blind; allowable expenditures; school resource officers and safety dogs; staffing for mental health needs; final expense report; comprehensive investigation.**

Sec. 31aa.

(1) From the state school aid fund money appropriated in section 11, there is allocated $300,000,000.00 for 2025-2026 only, and from the general fund money appropriated in section 11, there is allocated $21,000,000.00 for 2025-2026 only, to support school safety and mental health.

(2) From the state school aid fund money allocated in subsection (1), an amount not to exceed $200,000,000.00, and from the general fund money allocated in subsection (1), an amount not to exceed $14,000,000.00 may be used to provide payments to districts, intermediate districts, nonpublic schools, and the Michigan Schools for the Deaf and Blind that opt in and agree to receive funding under this subsection, for activities to improve student mental health and improve student safety. The allowable expenditures of funds under this subsection are as follows:

(a) Hiring or contracting for support staff for student mental health needs, including, but not limited to, school psychologists, social workers, counselors, and school nurses.

(b) Purchasing and implementing mental health screening tools.

(c) Purchasing a statewide, integrated technology platform that streamlines behavioral health documentation and care coordination.

(d) Providing school-based mental health personnel access to consultation with behavioral health clinicians to respond to complex student mental health needs.

(e) Purchasing and implementing an online behavioral health tool moderated and led by licensed behavioral health professionals.

(f) Hiring or contracting a behavioral health coordinator.

(g) Evidence-based trainings to support mental health.

(h) Costs associated with collaboration between school employees, families, and community partners to address the academic, behavioral, and social needs of all students through collaborative partnerships, resource coordination, data collection, and data sharing.

(i) Costs associated with conducting a systematic school mental health needs assessment and resource mapping that identifies programmatic and systemic needs and helps staff determine priorities and create action plans.

(j) Coordination with local law enforcement.

(k) Training for school staff on threat assessment.

(l) Training for school staff and students on threat response.

(m) Training for school staff on crisis communication.

(n) Safety infrastructure, including, but not limited to, cameras, door blocks, hardened vestibules, window screening, and technology necessary to operate buzzer systems. This may also include firearm detection software that integrates to existing security cameras to detect and alert school personnel and first responders to visible firearms on school property.

(o) Age-appropriate training for students and families on responsible firearm ownership, including safe handling and safe storage of firearms.

(p) School resource officers and safety dogs. School resource officers hired under this subsection must be properly licensed and in good standing with the Michigan commission on law enforcement standards, and must be in compliance with all applicable laws.

(q) Student Safety Management System, the information technology platform and related services to improve student safety by mitigating cyberbullying, school violence, human trafficking, and self-harm that supports students from grades K to 12.

(r) A secure platform, administered by the department of state police, for school officials, emergency responders, and emergency management coordinators to house all school safety-related items, including, but not limited to, EOP templates, EOP guidance, reference documents, and security assessments. The platform should use existing password-protected access control methods schools currently utilize and, to the extent possible, be capable of integrating with existing platforms or technologies used by districts for school safety. Through permissions-based access control, the platform should be able to relay information clearly and in real time to each person or entity necessary to provide a unified response to a safety incident, or to take appropriate action in response to an anticipated disruption to the normal functions of the surrounding community.

(s) Emergency infrastructure needs to respond to an immediate threat to the health or safety of students and staff in the district, intermediate district, nonpublic school, or the Michigan Schools for the Deaf and Blind. A district,

intermediate district, nonpublic school, or the Michigan Schools for the Deaf and Blind shall not expend funds for this purpose without first obtaining approval from the department. In making a determination of approval, the department shall, at a minimum, assess whether the district, intermediate district, nonpublic school, or the Michigan Schools for the Deaf and Blind is responding to an immediate threat to the health or safety of students and staff, and whether the district, intermediate district, nonpublic school, or the Michigan Schools for the Deaf and Blind has other sources of funding that should be utilized first.

(t) A contract with a vendor for a comprehensive safety and security assessment or a comprehensive safety and security event assessment in schools operated by the district, intermediate district, nonpublic school, or the Michigan Schools for the Deaf and Blind.

(u) An emergency response system.

(v) Implementing cell phone free school policies. As used in this subdivision, "cell phone free school policy" means a policy that prohibits students from accessing or using a personal communication device capable of telecommunication or digital communication during instructional time, as determined by the school.

(3) By not later than December 31 of each fiscal year, from the state school aid fund money allocated in subsection (1), the department shall make payments to districts, intermediate districts, and the Michigan Schools for the Deaf and Blind that opt in and agree to receive funding in an equal amount per pupil based on the total number of pupils in membership in each district, intermediate district, and the Michigan Schools for the Deaf and Blind that opts in and agrees to receive funding. By December 31 of each fiscal year, from the general fund money allocated in subsection (2), the department shall make payments to nonpublic schools that opt in and agree to receive funding in an equal amount per pupil based on the total number of pupils in membership in each nonpublic school that opts in and agrees to receive funding, using pupil counts determined by the department. The department shall ensure that the amount per pupil paid to nonpublic schools does not exceed the amount per pupil paid to districts and intermediate districts. Districts, intermediate districts, the Michigan Schools for the Deaf and Blind, and nonpublic schools may opt in and agree to receive funding in a form and manner determined by the department.

(4) From the state school aid fund money allocated in subsection (1), there is allocated an amount not to exceed $50,000,000.00, and from the general fund money allocated in subsection (1), there is allocated an amount not to exceed $3,500,000.00 for competitive grants to districts, intermediate districts, and nonpublic schools for school resource officers and safety dogs. To receive funding under this subsection, a district, intermediate district, or nonpublic school must apply for funding to the department in a form and manner prescribed by the department. The department shall prioritize applicants who include a spending plan to sustain salaries after grant funding has concluded. Recipients of funding under this subsection shall ensure that any school resource officer hired with these funds has completed training by the Michigan commission on law enforcement standards.

(5) From the state school aid fund money allocated in subsection (1), there is allocated an amount not to exceed $50,000,000.00 and from the general fund money allocated in subsection (1), there is allocated an amount not to exceed $3,500,000.00 for competitive grants to districts, intermediate districts, and nonpublic schools to hire or contract for support staff for student mental health needs, including, but not limited to, school psychologists, social workers, and counselors. To receive funding under this subsection, a district, intermediate district, or nonpublic school must apply for funding to the department in a form and manner prescribed by the department. The department shall prioritize applicants that include a spending plan to sustain salaries after grant funding has concluded.

(6) Recipients of funding under this section must provide a final expense report to the department by July 1 of each fiscal year. If the department determines that the eligible recipient has misused the funds allocated under this section, the eligible recipient shall reimburse the department for the amount of state funding misused.

(7) The department shall use the information received under subsection (6) to compile a report that includes the number of recipients that have hired school resource officers using funds received under this section and any supporting information provided by the recipients. By not later than August 1 of each year, the department shall provide the report compiled under this subsection to the senate and house appropriations subcommittees on school aid, the senate and house fiscal agencies, the senate and house policy offices, the state budget office, and the Michigan commission on law enforcement standards.

(8) Districts receiving funds under this section must coordinate with intermediate districts to avoid duplication of services and to streamline delivery of services to students.

(9) To receive funding under this section, a district, an intermediate district, a nonpublic school, or the Michigan Schools for the Deaf and Blind must agree to be subject to a comprehensive investigation, must affirmatively agree to waive any privilege that may otherwise protect information from disclosure in the event of a mass casualty event, and must agree to comply with a comprehensive investigation. All of the following apply to a comprehensive investigation described in this subsection:

(a) The comprehensive investigation will assess the circumstances surrounding the mass casualty event, including, but not limited to:

(i) Emergency response effectiveness.
(ii) Compliance with safety protocols.
(iii) Communication procedures.

(iv) Any factors contributing to the incident.

(b) The governor shall designate an appropriate person or investigative entity to conduct the comprehensive investigation. This person or investigative entity may include, but is not limited to, state law enforcement agencies, independent review boards, or specially appointed task forces. The person or designated investigative entity has the authority to do all of the following:

(i) Access relevant records and data from the district.

(ii) Interview witnesses and district personnel involved.

(iii) Issue findings and recommendations based on the investigation.

(c) The person or investigative entity designated in subdivision (b) shall prepare a detailed report of its findings and submit the report to the governor and relevant legislative committees within 90 days following the conclusion of the investigation. The report must include recommendations for preventing future incidents and improving school safety protocols.

(10) Funds allocated under subsection (4) for 2025-2026 are a work project appropriation, and any unexpended funds for 2025-2026 are carried forward into 2026-2027. The purpose of the work project is to continue providing funding to support districts, intermediate districts, and nonpublic schools in having school resource officers. The estimated completion date of the work project is September 30, 2029.

(11) Funds allocated under subsection (5) for 2025-2026 are a work project appropriation, and any unexpended funds for 2025-2026 are carried forward into 2026-2027. The purpose of the work project is to continue providing funding to support districts, intermediate districts, and nonpublic schools in hiring staff to support student mental health. The estimated completion date of the work project is September 30, 2029.

(12) As used in this section:

(a) "Mass casualty event" means any of the following that occur on school grounds or at a school-sponsored event:

(i) An incident resulting in significant injuries to not fewer than 3 individuals.

(ii) An incident resulting in fatalities.

(iii) An incident that exceeds the normal resources for emergency response available in the jurisdiction where the incident takes place.

(iv) An incident that results in a sudden and timely surge of injured individuals necessitating emergency services.

(b) "Safety dog" means a dog that is contracted by a law enforcement agency of this state, a local unit of government of this state, or a district or an intermediate district and that is trained for detection of firearms, explosives, narcotics, or vape substances.

(c) "School grounds" means all properties owned or operated by the district, including transportation vehicles owned or operated by the district.

(d) "School-sponsored event" means any activity organized or sanctioned by the district.

(13) Notwithstanding section 17b, the department shall make payments under this section on a schedule determined by the department.

**History:** Add. 2022, Act 144, Eff. Oct. 1, 2022 ;-- Am. 2023, Act 103, Eff. Oct. 1, 2023 ;-- Am. 2024, Act 120, Eff. Oct. 1, 2024 ;-- Am. 2024, Act 148, Eff. Apr. 2, 2025 ;-- Am. 2025, Act 15, Imd. Eff. Oct. 7, 2025